In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00079-CR**
_____

**RENE PEREZ JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 17-320482**

## **MEMORANDUM OPINION**

Rene Perez Jr., acting *pro se*, has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on March 27, 2018
Opinion Delivered March 28, 2018
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.

1